# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00001-CV

### In re Max Grossman

---

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

## O R D E R

**PER CURIAM**

Relator Max Grossman has filed a petition for writ of injunction and an amended motion for emergency relief. *See* Tex. R. App. P. 52.1, 52.10(a). The Court orders the respondent, Mark Wolfe, Executive Director of the Texas Historical Commission, to file a response to the petition for writ of injunction on or before January 14, 2019. *See id.* R. 52.8(b)(1). The intervenor, City of El Paso, may also file a response to the petition for writ of injunction on or before January 14, 2019. *See id.*

To preserve the status quo while the Court considers whether the petition for writ of injunction is necessary, pending further order of this Court, we temporarily order the following emergency relief:

- Mark Wolfe, Executive Director of the Texas Historical Commission, shall suspend Permit Number 8525, concerning the Proposed El Paso Multipurpose Performing Arts Center in El Paso County, Texas, issued on or about October 15, 2018; and

- the City of El Paso shall not conduct or permit others to conduct demolition of any buildings within the footprint of the project (as defined by the Rule 11 agreement entered on October 25, 2018).

*See id*. R. 52.10(b); *see also In re Kelleher*, 999 S.W.2d 51, 52 (Tex. App.—Amarillo 1999, orig. proceeding) (explaining that Rule 52.10 allows appellate court to maintain status quo until it can address dispute raised by original proceeding).  This order shall remain effective pending our resolution of the petition for writ of injunction.  *See* Tex. R. App. P. 52.10(b).

It is ordered on January 3, 2019.

Before Chief Justice Rose, Justices Goodwin and Triana